August 20, 2021



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Benefits Center
P.O. Box 648004
Lee's Summit, MO 64002

**U.S. Citizenship and Immigration Services**

ANNA RABINOVYCH

BOSTON, MA
USA



IOE0912261107

RE: ANNA RABINOVYCH
I-290B, Notice of Appeal or Motion



A208-113-432

## DECISION

On February 27, 2020 you filed a Form I-485, Application to Register Permanent Residence or Adjust Status pursuant to Section 245 of the Immigration and Nationality Act. On May 14, 2021 U.S. Citizenship and Immigration Services (USCIS) denied the Form I-485.

On June 14, 2021, USCIS received a motion to reconsider pursuant to Title 8, Code of Federal Regulations (CFR), §103.5(a).
Title 8, CFR, §103.5(a), states that motions must:

1. Be filed within 33 days of the adverse decision that the motion seeks to reopen;
2. Present the reasons for reconsideration and be supported by any pertinent precedent decisions to establish that the decision was based on an incorrect application of law or Service policy (motions to reconsider); and
3. Be signed by the affected party (person with legal standing in the proceedings).

USCIS denied your Form I-485 for the following reason:

> The record shows that the aggregate period in which you failed to maintain a lawful status or violated the terms and conditions of your admission exceeds the 180 day maximum excusable under INA 245(k).

USCIS is unable to approve your motion for the following reason(s): The evidence you submitted with this motion does not overcome the reason(s) for the denial of your application or petition.

> The motion submitted does not meet the requirements of a motion to reopen, nor of a motion to reconsider. You have not provided evidence that you were in a lawful status at the time you filed your Form I-485.

It is hereby ordered that the motion to reconsider be dismissed. The decision of May 14, 2021 is affirmed.
This decision is without prejudice to future applications filed with the appropriate USCIS office.

Sincerely,

*Robinson*

Terri A. Robinson
Director
Officer: LA1735

Scanned with CamScanner

August 27, 2021

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Benefits Center
P.O. Box 648004
Lee's Summit, MO 64002



U.S. Citizenship
and Immigration
Services

EDWARD R WHITE
LAW OFFICE OF ED R WHITE P C
6 BEACON STREET STE 900
BOSTON, MA 02108
USA



IOE0912261108

RE: SABA ALELISHVILI
I-290B, Notice of Appeal or Motion

A208-113-433

## DECISION

On February 27, 2020 you filed a Form I-485, Application to Register Permanent Residence or Adjust Status pursuant to Section 245 of the Immigration and Nationality Act. On May 14, 2021 U.S. Citizenship and Immigration Services (USCIS) denied the Form I-485.

On June 14, 2021, USCIS received a motion to reconsider pursuant to Title 8, Code of Federal Regulations (CFR), §103.5(a).
Title 8, CFR, §103.5(a), states that motions must:

1. Be filed within 33 days of the adverse decision that the motion seeks to reopen;
2. Present the reasons for reconsideration and be supported by any pertinent precedent decisions to establish that the decision was based on an incorrect application of law or Service policy (motions to reconsider); and
3. Be signed by the affected party (person with legal standing in the proceedings).

USCIS denied your Form I-485 for the following reason:

> Your application was predicated upon the application of Anna Rabinovych, your spouse. The record in that matter establishes that your spouse's adjustment application has been denied. Since there is no basis upon which your application can otherwise be approved, it must be, and hereby is, denied.

USCIS is unable to approve your motion for the following reason(s): The evidence you submitted with this motion does not overcome the reason(s) for the denial of your application or petition. A review of USCIS systems indicate your spouse's petition remains denied.

> The motion submitted does not meet the requirements of a motion to reopen, nor of a motion to reconsider.

It is hereby ordered that the motion to reconsider be dismissed. The decision of May 14, 2021 is affirmed.
This decision is without prejudice to future applications filed with the appropriate USCIS office.

Sincerely,

*Robinson*

Terri A. Robinson
Director
Officer: LA1735