**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**



| Receipt Number<br>ZNK1500063770 | | Case Type<br>I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
|---|---|---|
| Received Date<br>05/26/2015 | Priority Date | Applicant  A208 113 432<br>RABINOVYCH, ANNA |
| Notice Date<br>02/10/2022 | Page<br>1 of 3 | |

VLADISLAV SIROTA
128 BRIGHTON 11TH STREET STE 2
BROOKLYN NY 11235

**Please come to:**

John W. McCormack Federal Building
5 Post Office Square, 14th Floor
Boston, MA  02109

**On (Date):** Monday, March 07, 2022
**At (Time):** 10:15AM

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. This is a courtesy copy, not the official notice.

**What the Official Notice Said**

You and your dependent family members (if any) on your Form I-589 are scheduled for an asylum interview on the date and time shown above. Please read this interview notice in its entirety, as it contains important information about your asylum interview. USCIS asylum offices are open with additional precautions to prevent the spread of the coronavirus disease (COVID-19). In Department of Homeland Security-controlled spaces, such as USCIS asylum offices, the COVID-19 guidance below supersedes state, local, tribal, or territorial rules and regulations regarding face coverings.

The COVID-19 guidance below was published on the USCIS.gov website on September 7, 2021. For any subsequent updates to this guidance, please refer to the websites at: www.uscis.gov/about-us/uscis-visitor-policy and also at: www.uscis.gov/about-us/uscis-response-to-covid-19.

*I. You must appear for this interview unless* you, your dependent family members, other members of your household, your attorney or representative, or interpreter:

- Have COVID-19 or any symptoms of COVID-19 per the Centers for Disease Control and Prevention (CDC), including, but not limited to, a recently developed cough, fever, difficulty breathing, new loss of smell or taste, fatigue, muscle aches, headache, congestion, sore throat, or vomiting (this list is not all-inclusive);
- Have been in close contact (within six feet for a total of 15 minutes or more) with anyone known to have COVID-19 in the past 14 days (unless you are fully vaccinated or if you are a health care worker and consistently wear an N95 respirator and proper personal protective equipment (PPE) or equivalent when in contact with COVID-19 positive individuals);
- Have returned from domestic, international, or cruise ship travel in the past 10 days (unless you are fully vaccinated);
- Have been instructed by a health care provider, public health authority, or government entity to self-isolate or self-quarantine in the past 14 days (unless you have been cleared to end isolation or quarantine); or
- Refuse to wear a face covering or mask in accordance with USCIS policy.

*Fully vaccinated* means it has been at least two weeks since you received your second dose in a two-dose series, or at least two weeks since you received a single-dose vaccine.

You may request to reschedule your appointment due to illness or heightened risk of severe COVID-19 infection due to age or underlying medical conditions, and the delay will not be attributed to you. Contact your asylum office in writing as soon as possible to reschedule your interview. For asylum office contact information, visit the Asylum Office Locator page at egov.uscis.gov/office-locator/#/asy. Failure to appear for your interview without good cause may result in immediate referral to an immigration judge.

*II. Who should come with you to your interview?*

Only the following people may come with you to your interview:

- *Dependents:* All family members included in your application as dependents must come to your interview.
- *Interpreter:* If you are fluent in one of the languages listed below, you will be required to use a USCIS contract interpreter at your asylum interview. **DO NOT bring an interpreter.**

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

USCIS Boston Asylum Office
U.S. CITIZENSHIP & IMMIGRATION SVC
5 Post Office Square, Ste. 1462
Boston MA 02109

USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C  04/01/19

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
|---|



| Receipt Number | | Case Type |
|---|---|---|
| ZNK1500063770 | | I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
| Received Date | Priority Date | Applicant A208 113 432 |
| 05/26/2015 | | RABINOVYCH, ANNA |
| Notice Date | Page | |
| 02/10/2022 | 2 of 3 | |

| Akan | Albanian | Amharic | Arabic | Armenian | Azerbaijani | Bengali | Burmese |
|---|---|---|---|---|---|---|---|
| Cantonese | Creole/ Haitian Creole | Farsi-Afghani/ Dari | Farsi-Iranian | Foo Chow/ Fuzhou | French | Georgian | Gujarati |
| Hindi | Hmong | Hungarian | Indonesian/ Bahasa | Konjobal/ Q'anjob'al | Korean | Kurdish | Lingala |
| Mam | Mandarin | Nepali | Pashto/ Pushtu | Portuguese | Punjabi | Quiche/ K'iche | Romanian |
| Russian | Serbian | Sinhalese | Somali | Spanish | Swahili | Tagalog | Tamil |
| Tigrinya | Turkish | Twi | Ukrainian | Urdu | Uzbek | Vietnamese | |

- If you are not fluent in English, are not fluent in a language listed above, and choose to speak a different language, you must bring an interpreter to your interview. Your interpreter must:
  - Be at least 18 years old;
  - Not be your attorney or representative, or witness;
  - Not be a representative or employee of your country of nationality, or, if stateless, your country of last habitual residence; and
  - Not have a pending asylum application.
- If you choose to speak a language that is not listed above and you cannot provide a competent interpreter who is fluent in English and your chosen language, you may provide an interpreter who is fluent in a language listed above and your chosen language. USCIS will provide a relay interpreter to interpret between the language listed above and English. If, without good cause, you do not provide an interpreter fluent in your chosen language and English or your chosen language and a language listed above, we may consider that a failure to appear and dismiss your asylum application or refer your asylum application to immigration court.
- If you are fluent in one of the languages listed above and refuse to use a USCIS contract interpreter, we will consider this a failure to appear for your interview without good cause and dismiss your asylum application or refer your asylum application to immigration court. You will also be ineligible for employment authorization based on the delay you caused in the adjudication of your asylum application by refusing to use a USCIS contract interpreter, unless you show exceptional circumstances.
- If you need an interpreter and do not bring one, or if your interpreter is not competent, we may reschedule your interview, dismiss your asylum application, or refer your asylum application to immigration court.
- *Attorney or Representative:* Your attorney or representative may come with you to the interview. USCIS asylum offices are participating in a pilot program that permits attorneys and representatives to participate in the interview remotely via video or telephone. Please visit the Preparing for Your Asylum Interview page of the USCIS website at www.uscis.gov/humanitarian/refugees-and-asylum/asylum/preparing-for-your-asylum-interview for more information. For your attorney or representative to participate remotely, he or she must receive consent from you to participate remotely, complete the *Remote Attorney or Representative Video-Facilitated Participation in an Affirmative Asylum Interview* election form, and submit this election form to the local asylum office at least ten (10) days prior to your scheduled interview. If your attorney or representative requests to modify his or her election of remote participation to in-person participation fewer than 10 days prior to the interview, then the affirmative asylum interview may be rescheduled and any rescheduled interview caused by this modification will result in an applicant-caused delay for purposes of employment authorization. Your attorney or representative may find a link to this election form by visiting the Preparing for Your Asylum Interview page of the USCIS website at www.uscis.gov/humanitarian/refugees-and-asylum/asylum/preparing-for-your-asylum-interview or by contacting the local office directly.
- *Witnesses:* If you have a witness who will provide testimony in your case, that individual may come with you to your interview. However, we encourage your witness to provide sworn written testimony before your interview and not attend the interview. You may provide this written testimony to USCIS as additional evidence following the guidelines described in Section IV below.
- *Disabled Applicants:* If you have a disability and have an individual who assists you, that individual may come with you.
- *Minor Applicants:* If you are a minor, a trusted adult may come with you.

| Please see the additional information on the back. You will be notified separately about any other cases you filed. |
|---|
| USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online. |

USCIS Boston Asylum Office
U.S. CITIZENSHIP & IMMIGRATION SVC
5 Post Office Square, Ste. 1462
Boston MA 02109
USCIS Contact Center: www.uscis.gov/contactcenter



Department of Homeland Security  
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**



| Receipt Number ZNK1500063770 | | Case Type I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
|---|---|---|
| Received Date 05/26/2015 | Priority Date | Applicant A208 113 432 RABINOVYCH, ANNA |
| Notice Date 02/10/2022 | Page 3 of 3 | |

### III. *What to Bring to Your Interview:*

- If available, bring a written form of identification for you and each of your dependent family members (if any) on your Form I-589 which indicates name, date of birth, place of birth, and nationality.
- If available, bring the original and one copy of evidence of your relationship to your dependent family members (if any) on your Form I-589 (such as marriage certificates, birth certificates, or affidavits).

### IV. *COVID-19 Safety Precautions:*

In areas of high or substantial transmission (CDC COVID-19 Data Tracker County View available at https://covid.cdc.gov/covid-data-tracker/#county-view), all federal employees, contractors, and visitors must wear a mask inside federal buildings.

- You may not enter the facility more than 15 minutes before your appointment.
- USCIS will provide hand sanitizer at entry points.
- There will be markings and physical barriers in the facility; you should pay close attention to these signs to ensure that you and other individuals accompanying you to your interview can follow social distancing guidelines.
- You may have to answer health screening questions before entering a facility.
- Bring your own black ink or blue ink pen to your interview.

All interview participants should expect to be present in-person in one interview office with the interviewing officer separated by a plexiglass barrier. Until further notice, and at USCIS' full discretion, all asylum interviews will be conducted in-person. If you bring an attorney or representative, or an interpreter, they will be asked to participate in the same room with you and the interviewing officer, unless the number of people in the room exceeds social distancing requirements. If the total number of people in the interview office exceeds USCIS' capacity constraints necessitated by social distancing requirements (or any other federal, state, and/or local COVID-related mandates), applicants may be required to participate in video-facilitated interviews in a separate room from their attorney or representative, interpreter, and interviewing officer in the asylum office. Should USCIS decide to conduct a video-facilitated asylum interview in your case, you will be notified the day of your interview after your arrival at the asylum office. Additionally, if you would like to request a video-facilitated asylum interview as a special health accommodation, contact your asylum office explaining your circumstances in writing no later than 10 days before your scheduled interview.

If you wish to submit additional evidence not previously submitted with your asylum application, you should submit it to the asylum office in writing at least 7 to 10 days before the interview. You may not drop off the evidence in person before the interview date: the asylum office does not admit anyone who does not have a scheduled interview or appointment. If you bring new evidence on the day of your interview, USCIS may reschedule your interview.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

USCIS Boston Asylum Office  
U.S. CITIZENSHIP & IMMIGRATION SVC  
5 Post Office Square, Ste. 1462  
Boston MA 02109  
USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C 04/01/19