Boston Asylum Office
John W. McCormack Federal Building
5 Post Office Square, Ste. 1462
Boston, MA 02109



U.S. Citizenship
and Immigration
Services

DATE: March 21, 2022

Interview Notice

ANNA RABINOVYCH
45 EAST NEWTON ST, APT 317
BOSTON, MA 02118

A#: 208113432

Please come to the office shown below at the time and place indicated in connection with an official matter.

| OFFICE LOCATION | USCIS Boston Asylum Office<br>John W. McCormack Federal Building<br>5 Post Office Square, 14th Floor<br>Boston, MA 02109 |
|---|---|
| DATE AND HOUR | Monday, April 11, 2022 at 10:00 a.m. |
| REASON FOR APPOINTMENT | Interview on eligibility for asylum and withholding of removal (Form I-589) |
| IMPORTANT INFORMATION | PLEASE SEE ATTACHMENT FOR ADDITIONAL IMPORTANT INFORMATION. |

If you have any questions, please call us at 617-574-3600 or fax at 617-574-3601 or email at bostonasylumoffice@uscis.dhs.gov.

Sincerely,

(for) Meghann Boyle
Director
Boston Asylum Office

Cc: VLADISLAV SIROTA
SIROTA AND ASSOCIATES PC
128 BRIGHTON 11TH STREET STE 2
BROOKLYN, NY 11235

1

Rev. 2021-02
www.uscis.gov