UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANNA RABINOVYCH AND SABA ALELISHVILI,<br>    Plaintiffs<br>  v.<br><br>ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and TERRI A. ROBINSON, Director, U.S. Citizenship and Immigration Services, National Benefits Center,<br>    Defendants. | C.A. No. 21-11785-AK |

**JOINT STATUS REPORT ON PENDING MOTION FOR PRELIMINARY RELIEF**

Pursuant to the Court's order dated April 8, 2022, the parties in the above-entitled action hereby report the following regarding discussions to suspend any rescheduling of the Plaintiffs' asylum interview at the Boston, MA USCIS asylum office:

1. The parties are unable to reach agreement on how long to suspend rescheduling of the Plaintiffs' asylum interview. The Plaintiffs request that the interview not be rescheduled until such time as the issues in this case are resolved on the merits and until such time as the USCIS reopens and adjudicates the Plaintiffs' applications to adjust status. The Defendants will agree to suspend the interview to a date between August 15, 2022 and September 15, 2022.

2. Based on the disagreement between the parties, Plaintiffs request that the Court issue a decision on the Plaintiffs' pending motion for preliminary relief. The Plaintiffs seek a temporary restraining order without a definite end date and use of the terms set forth above and in their motion. The Defendants believe the Plaintiffs' pending motion for preliminary relief is moot and

this Court need not issue a decision on such motion as the Plaintiffs' asylum interview will not be rescheduled until a date between August 15, 2022 and September 15, 2022.

**Respectfully submitted,**

| | |
|---|---|
| **Anna Rabinvych and Saba Alelishvili, By their Attorney,** | **RACHAEL S. ROLLINS** <br> **United States Attorney** <br> **By:** |
| /s/ Anthony Drago, Jr., Esq. <br> **Anthony Drago, Jr., Esq. (BBO #552437)** <br> **Anthony Drago, Jr., P.C.** <br> **88 Broad Street – 5th Floor** <br> **Boston, MA 02110** <br> **(617) 357-0400** <br> **Anthony@adragopc.com** | /s/ Mark Sauter <br> **Mark Sauter** <br> **Assistant U.S. Attorney** <br> **United States Attorney's Office** <br> **1 Courthouse Way, Suite 9200** <br> **Boston, MA 02110** <br> **(617) 748-3347** <br> **Mark.sauter@usdoj.gov** |

## **LOCAL RULE 7.1 CERTIFICATION**

I, Anthony Drago, Esq. do hereby state that prior to filing this Joint Status Report I communicated with counsel for the Defendants who assented to me filing the Report with the terms set forth herein.

/s/ Anthony Drago, Esq.
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I, Anthony Drago, Esq. do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 15, 2022.

/s/ Anthony Drago, Esq.
Attorney for Plaintiff