# *Ana Rabinovych, et al. v. Mayorkas, et al.*

## Potential Paths to Lawful Permanent Residence (Green Card)




Legend
- USCIS = US Citizenship and Immigration Services
- AOS = Adjustment of Status
- NTA = Notice to Appear
- IJ = Immigration Judge
- BIA = Board of Immigration Appeals